# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RODNEY G. HAMMONDS & AMY M. HAMMONDS        Case Number: 07-71969
        323 WASHINGTON STREET                       SSN-xxx-xx-2628 & xxx-xx-9114
        SANDWICH, IL  60548

Case filed on: 8/20/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ARMSTRONG & SURIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MAMATA HAMMONDS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | RODNEY G. HAMMONDS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 19,248.14 | 17,399.00 | 0.00 | 0.00 |
| 002 | REAL TIME RESOLUTIONS, INC. | 6,231.82 | 6,215.00 | 0.00 | 0.00 |
|  | Total Secured | 25,479.96 | 23,614.00 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 2,647.15 | 361.87 | 0.00 | 0.00 |
| 005 | AMERIGAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BANCROFT FAMILY DENTAL | 178.70 | 24.43 | 0.00 | 0.00 |
| 007 | CAPITAL ONE AUTO FINANCE | 5,418.89 | 740.76 | 0.00 | 0.00 |
| 008 | CITIFINANCIAL RETAILER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CONSULTANTS IN DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CONSULTANTS IN DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST IMPRESSIONS BY LEROHL & LANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 739.46 | 101.08 | 0.00 | 0.00 |
| 014 | HOBSON MEADOWS FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES | 533.88 | 72.98 | 0.00 | 0.00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES | 568.04 | 77.65 | 0.00 | 0.00 |
| 018 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LAW FIRM OF DREYER, FOOTE, STREIT, | 2,937.02 | 401.49 | 0.00 | 0.00 |
| 020 | MELVIN A. BOULE, DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MODERN DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS | 485.54 | 66.37 | 0.00 | 0.00 |
| 023 | C.B. ACCOUNTS INC | 2,172.91 | 297.04 | 0.00 | 0.00 |
| 024 | VCA AURORA ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PORTFOLIO RECOVERY ASSOCIATES | 1,747.04 | 238.82 | 0.00 | 0.00 |
| 026 | ASSET ACCEPTANCE CORP | 908.58 | 124.20 | 0.00 | 0.00 |
| 027 | ASSET ACCEPTANCE CORP | 185.01 | 25.29 | 0.00 | 0.00 |
| 028 | MKM ACQUISITIONS LLC | 128.09 | 17.51 | 0.00 | 0.00 |
| 029 | B-REAL LLC | 375.40 | 0.00 | 0.00 | 0.00 |
| 030 | LVNV FUNDING LLC | 81.00 | 11.07 | 0.00 | 0.00 |
| 031 | JEFFERSON CAPITAL SYSTEMS, LLC | 928.60 | 126.94 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE AGENCY INC | 264.34 | 36.14 | 0.00 | 0.00 |
|  | Total Unsecured | 20,299.65 | 2,723.64 | 0.00 | 0.00 |
|  | Grand Total: | 45,779.61 | 26,337.64 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00            discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008                By  /s/Heather M. Fagan